1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FELIPE ENRIQUEZ, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MANPOWERGROUP, INC., a corporation organized under the laws of Wisconsin; and DOES 1 through 10,<br><br>Defendant. | Case No. 2:15-cv-05998 JAK (Ex)<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT** <mark>**JS-6**</mark> |
|---|---|

ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT

1  **ORDER**

2       For good cause showing, IT IS ORDERED that this action shall immediately
3  be remanded to the Superior Court for the State of California, County of Los
4  Angeles, Case No. BC585745.

5

6       **IT IS SO ORDERED:**

7

8



9  DATED: October 26, 2014         By: _____
                                    Hon. John A. Kronstadt
10                                  United States District Court Judge

11
                                                              22759245.1
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT